IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 14-33-M-DWM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| ALLEN J. RANKIN, | |
| Defendant/Movant. | |

This case comes before the Court on Defendant/Movant Allen Rankin's motion to vacate, set aside, or correct his sentence, pursuant to 28 U.S.C. § 2255. Rankin is a federal prisoner proceeding pro se.

As Rankin was advised in the Notice of Case Opening, his § 2255 motion must be reviewed before the United States can be required to answer. To complete the review, the Court requires clarification of one point. Rankin states that he wanted to withdraw his guilty plea and proceed to trial "several weeks before sentencing," but counsel told him "a trial would be a waste of everybody's time." It is not clear whether Rankin agreed with that assessment when counsel made it; if so, why; or if not, why not. It is also not clear why Rankin now believes a trial would have been a good choice.

Accordingly, IT IS HEREBY ORDERED that, on or before **November 29,**

**2017,** Rankin must clarify his position in response to this Order. His response must be limited to five pages.

DATED this 8ᵗ day of November, 2017.

Donald W. Molloy
United States District Court